UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Deandre Morrow,

        Plaintiff

v.

Clark County School District Police Department, et al.,

        Defendants

Case No.: 2:20-cv-2264-JAD-EJY

**Order Adopting Report & Recommendation**

[ECF No. 14]

    On October 18, 2021, the magistrate judge entered a report and recommendation for this court to dismiss Plaintiff Deandre Morrow's claims against Defendant Clark County in his Second Amended Complaint with leave to amend by November 15, 2021.[1] The deadline for any party to object to that recommendation was November 1, 2021, and no party filed anything. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 14] is ADOPTED** in its entirety.  **Plaintiff's claims against Clark County are DISMISSED with leave to file a third amended complaint by November 15, 2021,** in compliance with the instructions in the Report and Recommendation [ECF No. 14].

                                          _____
                                          U.S. District Judge Jennifer A. Dorsey
                                          Dated: November 3, 2021

---

[1] ECF No. 14.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).