UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEANDRE MORROW,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT; OFFICER THOMPSON, ID #606,<br><br>    Defendants. | Case No.: 2:20-cv-02264-JAD-EJY<br><br>**ORDER** |

On October 18, 2021, the Court ordered the General Counsel for the Clark County School District ("CCSD General Counsel") to file a notice with the Court indicating whether it could accept service of process for Defendant Officer Thompson. ECF No. 14 at 4-5. CCSD General Counsel was also ordered to file Officer Thompson's last known address under seal if service could not be accepted. *Id.* On November 8, 2021, CCSD General Counsel filed a response to the Court's Order stating "it is not authorized to accept service … on behalf of Defendant Officer Thompson." ECF No. 16 at 2. CCSD General Counsel also filed Officer Thompson's last known address under seal (ECF No. 17).

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall issue summons for Defendant Timothy Thompson. The Clerk of Court shall send the summons to the U.S. Marshal with the address provided under seal for this Defendant (ECF No. 17).

IT IS FURTHER ORDERED that the Clerk of Court shall send **one** copy of Plaintiff's Second Amended Complaint (ECF No. 11), **one** copy of the Court's Amended Order (ECF No. 14), and **one** copy of this Order to the U.S. Marshal for service on Defendant Timothy Thompson.

IT IS FURTHER ORDERED that the Clerk of Court shall send **one** copy of the USM-285 form to Plaintiff.

   IT IS FURTHER ORDERED that Plaintiff shall have until **December 9, 2021** to complete the USM-285 service form and return it to the U.S. Marshal, United States Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

   IT IS FURTHER ORDERED that the U.S. Marshal **shall** attempt to effect service within **thirty (30) court days** of the date he receives Plaintiff's USM-285.

   IT IS FURTHER ORDERED that Plaintiff shall have **21 days** from the date the U.S. Marshal returns to Plaintiff a copy of the USM-285 form showing whether service has been accomplished to file a notice with the Court stating whether Defendant Timothy Thompson was served.

   IT IS FURTHER ORDERED that if Plaintiff fails to follow this Order, Plaintiff's claims against Defendant Timothy Thompson may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

   Dated this 9th day of November, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE