UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEANDRE MORROW,<br><br>           Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT; OFFICER THOMPSON, ID #606,<br><br>           Defendants. | Case No.: 2:20-cv-02264-JAD-EJY<br><br>**ORDER** |

On October 18, 2021, the Court screened Plaintiff's Second Amended Complaint (ECF No. 11) and allowed Plaintiff's First and Fourteenth Amendment claims asserted against Officer Thompson, in his individual capacity to proceed. ECF No. 14. The Court ordered the Office of the General Counsel for the Clark County School District ("General Counsel") to file a notice advising the Court and Plaintiff whether it accepts service for Officer Thompson, further requiring the General Counsel to file under seal Officer Thompson's last known address, if service is not accepted. *Id.* at 6-7. On November 8, 2021, the General Counsel filed a Notice that "it is not authorized to accept service" on behalf of Officer Thompson as well as his last known address. ECF Nos. 16, 19. On December 3, 2021, the summons was returned unexecuted. The U.S. Marshal indicated that this "individual no longer resides @ this address" and that his "current residence state no one by that name resides @ this residence." ECF No. 20.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have **21 days** from the date of this Order to provide the Court with additional information regarding Officer Timothy Thompson's address or location so that service may be accomplished.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      IT IS FURTHER ORDERED that if Plaintiff fails to effect service within **90 days** of the Court's November 9, 2021 Order, this case may be dismissed without prejudice.

      Dated this 6th day of December, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE